Dismissed and Memorandum
Opinion filed May 27, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00964-CV

____________

 

DIAMOND BEACH VP, LP, Appellant

 

V.

 

JOE ROTHCHILD, Appellee

 



 

On Appeal from the
129th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-10620

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a final summary judgment signed October 15, 2009.  On May 19,
2010, appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.